United States District Court
Southern District of Florida

Case Number: _____

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to the supplemental paper "court file" in the division where the Judge is chambered. These attachments must not be placed in the "chron file".

☐ **NOT SCANNED**

    ☐ Due to Poor Quality

    ☐ Bound Extradition Papers

    ☐ Photographs

    ☐ Surety Bond (Original or Letter of Understanding)

    ☐ CD or DVD (Court Order or Trial Purposes only)

    ☐ Other:_____

☒ **SCANNED**

    ☒ But Poor Quality (copy cut off)

    ☐ Habeas Cases (State Court Record/Transcript)

Date: 2/21/18

(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

Marcus Nagel
Matthew Nagel
Plaintiff(s)

FILED by __AC__ D.C.
FEB 21 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA - MIAMI

v.

City of Miami Beach
Miami Beach Police Officer #1
Miami Beach Police Officer #2
Miami Beach Police Officer #3
Defendant(s)

_____
(TITLE OF DOCUMENT)

We, Marcus Nagel & Matthew Nagel plaintiff or defendant, in the above styled cause,

Plaintiff, Marcus Nagel, is an attorney licenced to practise in New York, England, Wales and New Zealand. Matthew Nagel is intellectually disabled by downs syndrome. Plaintiffs were and are beneficiaries of multiple trusts, legatees of multiple wills, and interest-holders in multiple additional corporations and other entities.

.e of the latest, June 2004, multiple defendants .mmitted various torts and crimes against Plaintiffs, fraud, battery, inducement of breach of contracts went on the part of approximately 7 employer termination in order to impoverish n unlawful termination, inducement of

(Rev. 10/2002) Complaint

2

*(Statement of Facts)*

Miami Beach Police Officer #4
Miami Beach Police Officer #5
Miami Beach Police Officer #6
Miami Beach 911 Service Operator #1
Miami Beach 911 Service Operator #2

City of Wilton Manors
Police Officer Lee
Police Officer #2
Police Officer Rodriguez
Chief of Police

City of Fort Lauderdale
Police Officer #1
Police Officer #2
Police Officer #3

John Sander

(Rev. 10/2002) General Document

3

primary care physicians, specialists, psychologists, emergency care staff, surgeons, nurses, organizations charged with assistance to victims of violent or hate crimes to deny service or to commit malpractice with the intent to harm Plaintiffs, sexual crimes, stalking, macabre and obsessive humiliation, debasement and defacing of Plaintiffs, and the solicitation of organized crime syndicates to commit additional torts and crimes in government offices, retail outlets, mass transit, US domestic aircraft, for purposes including the illegal taking of real estate properties, waste of Plaintiffs' financial, employment and income quality of life, physical safety, demoralize Plaintiffs in a "no joy" life, and for the purpose of committing so-called "no touch" murders to defraud Plaintiffs

**Certificate of Service**

I _____, certify that on this date _____ a true copy of the foregoing document was mailed to: _____
name(s) and address(es)

By: Marcus Nagel
Printed or typed name of Filer

Signature of Filer

mnagelny@hotmail.com
E-mail address

Florida Bar Number

917-275-1320
Phone Number

Facsimile Number

1698 Blount Road
Street Address

Pompano Beach, FL 33069
City, State, Zip Code

*(Statement of Facts)*

of financial interests, to file fraudulent wrongful death suits and to profit from life insurance purchased in the name of Plaintiffs, and to illegally reassign substantial multi-million dollar expectant financial interests earned or endowed to Plaintiffs to defendants including orchestrator of the torture and murder of Plaintiff, defendants Spragg and Spragg.

During December 2017, January 2018, February 2018, defendants caused injury to Plaintiffs in Miami Beach, Miami, Fort Lauderdale, Wilton Manors, Oakland Park, Coconut Creek, Pompano Beach, in the State of Florida, with the vast majority of the torts and crimes occurring in Miami-Dade County.

City of Miami Beach is an incorporated City in the State of Florida, the residence of Suzanne De Brabant, former spouse of Plaintiff Marcus Nagel, and the residence of Madeleine De Brabant, the step-daughter of Plaintiff Marcus Nagel.

City of Miami Beach is the employer of Defendants, Miami Beach Police Officer #1, Miami Beach Police Officer #2, Miami Beach Police Officer #3, Miami Beach Police Officer #4, Miami Beach Police Officer #5, Miami Beach Police Officer #6, Miami Beach Public Service Operator #1 and Miami Beach 911 Service Operator #2. In the event that Miami Dade County is the employer of any or all listed defendants above, this entity

*(Statement of Facts)*

will be added as defendant. The employer of police officers and 911 service operators is liable for the acts of these employees.

During December 2017, January 2018, February 2018, Plaintiffs called 911 for smartphone, approximately 9 occasions. During these calls, operators falsely stated the Plaintiffs must meet with police officers in order to report crime or submit complaints, which was and is obstructive to Plaintiffs and placed Plaintiffs in danger, and which was stated with knowledge that Plaintiffs had been rebuffed by corrupt police officers complicit with Ivan Nagel, and other defendants in related District Court case, and with knowledge that Plaintiffs were and are victims of crimes and ongoing homicide operations by relatives, Russian organized crime syndicates, other gangs and corrupt police officers, detectives and police department.

Miami Beach Police Officer #1, Miami Beach Police Officer #2, Miami Beach Police Officer #3 responded to SLS Hotel in Miami Beach, failed to take any report or investigate in any way complaints by Plaintiffs of stalking, attempted murder by relatives and organized crime in New York, Washington, Miami Beach; falsely stated that stalking in many regions was impossible and indicated mental illness on the part of Plaintiffs, and visibly acted as agents for Russian organized crime syndicated physically present and vocal at SLS hotel.

*(Statement of Facts)*

Miami Beach Police Officer #4, Miami Beach Police Officer #5 used excessive force against Plaintiff Marcus Nagel by violently twisting Nagel's arm to his back, and pushing his back, neck and head against trunk of police vehicle. Miami Beach Police Officer #4 and Miami Beach Police Officer #5 acted illegal in retaliation for Nagel asking legitimate questions concerning the defendants' threat that he would be arrested summarily if he was seen again at any location in City of Miami Beach.

Miami Beach Police Officer #6 responded to calls made by occupant of 127 Michigan Ave, Miami Beach, FL after occupant and members of Russian organized crime syndicates had committed repeated counts of aggravated assault, attempted murder by way of electronic assaults, taser-like weapons, electromagnetic radiation and other means to cause visible burning, wounds, head trauma and extreme fear of death. Defendant arrived at location, and upon being informed that Plaintiff Nagel was in the course of report by telephone to FBI Public Access staff, broke down bedroom door, and with others disconnected the call to FBI, refused to take crime report and ignored injuries to Plaintiff Marcus Nagel's person, toxic airborne substances, toxic substance on floor, surfaces, Nagel's possessions and other indications, evidence in plain view of crime scene.

*(Statement of Facts)*

City of Wilton Manors is incorporated city in State of Florida, employer of Police Officer Lee, Police Officer #2, Police Officer Rodriguez, Chief of Police. See also liability of City of Wilton Manors in respect of employees (supra).

Police Officer Lee violated constitutional rights, acted illegally and criminally by use of information provided by relatives of Plaintiffs, and in conspiracy with Russian organized crime syndicates, committed false arrest, false imprisonment, acted with assistance of Police Officer #2.

Police Officer Rodriguez refused to take police crime report, acted illegally and criminally by repeatedly using information provided by perpetrators of crime (robbery) being Plaintiffs' relatives and Russian organized crime syndicates.

Chief of Police refused to respond in violation of policy and law, to complaint of Police officers to City of Wilton Manors to its Police Internal Affairs Department

City of Fort Lauderdale is city incorporated in State of Florida, employer of Police Officer #1, Police Officer #2, Police Officer #3. See also liability of City of Fort Lauderdale

(Rev. 10/2002) Complaint

*(Statement of Facts)*

in respect of employees

Police Officer #1 illegally instructed CVS Pharmacy FL Beach Bl manager to destroy all Plaintiff Nagel's property, legal documents, and to commit larceny in respect of $400 cash, in conspiracy with Plaintiffs' relatives and Russian organized crime syndicates.

Police Officer #2 illegally instructed Atlantic Hotel on FL Beach Bl to commit gd larceny in respect of Plaintiff Nagel's smartphone #1

Police Officer #2 illegally instructed Atlantic Hotel by way of Food & Beverage Manager, to commit grand larceny in respect of Plaintiff Nagel's smartphone #2.

Police Officer #3 illegally instructed Souvenir Store near FL Beach Bl to commit grand larceny in respect of Plaintiff's smartphone #2, all Plaintiff's clothing, legal documents, floridians, evidence of crimes,

Last 3 defendants acted in conspiracy with Plaintiffs' relatives and with Russian organized crime syndicates, in furtherance of murder of Plaintiffs.

John Sander, a solicitor (attorney) disbarred from the

(Rev. 10/2002) Complaint

*(Statement of Facts)*

Bar of the High Court of New Zealand, acted as adviser and liaison between relatives of Plaintiffs and other defendants, and defendants in related cases, in order to commit both financial fraud with DBS Financial Services LLC and vonLrder in respect of Plaintiffs

(Rev. 10/2002) Complaint

10

*(Statement of Facts)*

City of Miami Beach
Miami Beach Police Officer #1
Miami Beach Police Officer #2
Miami Beach Police Officer #3
Miami Beach 911 Svc Op #1
Miami Beach 911 Svc Op #2
Miami Beach Police Officer #4
Miami Beach Police Officer #5
Miami Beach Police Officer #6
Washington Ave
Miami Beach, FL 33141

City of Wilton Manors
Police Officer Lee
Police Officer #2
Police Officer Rodriguez
Chief of Police
3200 Wilton Drive
Wilton Manors, FL

City of Ft Lauderdale
Police Officer #1
Police Officer #2
Police Officer #7
2300 W Broward Ave
Ft Lauderdale, FL

John Sander
c/- Graham Davy Accountant
Khyber Pass
Grafton, Auckland
New Zealand

